**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JAVIER DAVILA,

      Plaintiff,

      v.

FRANK BISIGNANO,

      Defendant.

CIVIL ACTION NO.: 4:25-cv-109

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 11, 2026, Report and Recommendation, (doc. 26), to which no party has filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 26.)   Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act is **GRANTED**.   (Doc. 24.)   For the reasons explained in the Report and Recommendation, Plaintiff is awarded $14,000 in attorney's fees and $405 in costs.

Upon the entry of this Order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff.   If not, the entire award will be remitted to Plaintiff.   The Government

may, in its discretion, accept any assignment by Plaintiff of EAJA fees and pay the award directly to Plaintiff's counsel.

**SO ORDERED**, this 29th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2